United States Bankruptcy Court
Middle District of Florida

In re:                                                           Case No. 12-06601-PMG
Lasandra D. Thompson                                             Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 113A-3         User: msosn            Page 1 of 2          Date Rcvd: Feb 15, 2013
                             Form ID: B18           Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2013.
```
db         +Lasandra D. Thompson,    4104 Leonard Circle East,    Jacksonville, FL 32209-3751
cr         +Homeward Residential, Inc.,    Florida Foreclosure Attorneys, PLLC,    c/o Frank J. Gomez, Esquire,
             601 Cleveland Street, Suite 690,    Clearwater, FL 33755-4171
22638673   +Beach Blvd Auto Finance, Inc,    233 East Bay St. Ste 720,    Jacksonville, FL 32202-3448
22605624    Deutsche Bank National Trust,    Company, as Trustee,    c/o Attorney Ackerman Senterfitt,
             50 W. Laura St.,    Jacksonville, FL 32202
22638674    Health Services Cr. Union,    720 Blackstone Bldg.,    Jacksonville, FL 32202
22638676   +Integral Recoveries,    750 West Hampden Ave,    Englewood, CO 80110-2166
22741352   +Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
22605562   +United States Attorney,    300 North Hogan St Suite 700,    Jacksonville, FL 32202-4204
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22636722    EDI: AIS.COM Feb 15 2013 23:58:00      American InfoSource LP as agent for,
             T Mobile/T-Mobile USA Inc,   PO Box 248848,    Oklahoma City, OK  73124-8848
22616519   +E-mail/Text: bankruptcy@cavps.com Feb 16 2013 02:53:28      Cavalry Portfolio Services,
             500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
22605564   +E-mail/Text: usbc@coj.net Feb 16 2013 02:53:18      City of Jacksonville,
             117 West Duval Street Ste. 480,    Jacksonville, FL 32202-5721
22605560   +E-mail/Text: usbc@coj.net Feb 16 2013 02:53:18      Duval County Tax Collector,
             231 Forsyth St. #130,    Jacksonville FL 32202-3380
22605561    EDI: FLDEPREV.COM Feb 15 2013 23:58:00      Florida Dept. of Revenue,    Bankruptcy Unit,
             P.O. Box 6668,    Tallahassee, FL 32314-6668
22638675   +EDI: HFC.COM Feb 15 2013 23:58:00      HSBC Bank,    PO Box 15521,    Wilmington, DE 19850-5521
22620701   +EDI: HFC.COM Feb 15 2013 23:58:00      Hsbc Taxpayer Financial Services,    90 Christiana Road,
             New Castle De 19720-3118
22605563    EDI: IRS.COM Feb 15 2013 23:58:00      Internal Revenue Service,    PO Box 7346,
             Philadelphia, PA 19101-7346
22741352   +EDI: JEFFERSONCAP.COM Feb 15 2013 23:58:00      Jefferson Capital Systems LLC,    PO BOX 7999,
             SAINT CLOUD MN 56302-7999
22686270    EDI: Q3G.COM Feb 15 2013 23:58:00      Quantum3 Group LLC as agent for,
             Crown Asset Management LLC,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                               TOTAL: 10
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 17, 2013**          **Signature:**  _Joseph Speetjens_

```
District/off: 113A-3            User: msosn                  Page 2 of 2                   Date Rcvd: Feb 15, 2013
                                Form ID: B18                 Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2013 at the address(es) listed below:
        Frank Jose Gomez    on behalf of Creditor   Homeward Residential, Inc. fgomez@ffapllc.com,
         rjohansen@ffapllc.com;gdeangelo@ffapllc.com;thefflinger@ffapllc.com
        Gregory K. Crews     courtecf@crewslegal.com,   amy@crewslegal.com,fl70@ecfcbis.com,
         bonnie@crewslegal.com
        United States Trustee - JAX 13/7    USTP.Region21.OR.ECF@usdoj.gov
                                                                                                             TOTAL: 3

Form B18 (Official Form 18)(12/07)

# United States Bankruptcy Court

Middle District of Florida

Case No. 3:12−bk−06601−PMG

**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lasandra D. Thompson
   4104 Leonard Circle East
   Jacksonville, FL 32209

Social Security No.:
   xxx−xx−7621

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: February 15, 2013

_____
Paul M. Glenn
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18 continued (12/07)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**